**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: JAMES G. TAYLOR  §  Case No. 09-71957
§
§
Debtors §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/12/2009.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/16/2009.

5) The case was converted on 12/04/2009.

6) Number of months from filing or conversion to last payment: 2.

7) Number of months case was pending: 7.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $26,400.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

Case 09-71957    Doc 93    Filed 12/15/09    Entered 12/15/09 09:40:51    Desc Main
Document      Page 2 of 5

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 11,620.32 | |
| Less amount refunded to debtor | $ 6,685.19 | |
| **NET RECEIPTS** | | $ 4,935.13 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 4,565.00 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 370.13 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 4,935.13 |
| Attorney fees paid and disclosed by debtor: | $ 3,500.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| MATUSZEWICH, KELLY & | Lgl | 3,500.00 | 8,065.00 | 8,065.00 | 4,565.00 | 0.00 |
| AMERICAN HOME MORTGAGE | Sec | 18,800.00 | 19,028.68 | 19,028.68 | 0.00 | 0.00 |
| CATERPILLAR FINANCIAL | Sec | 0.00 | 33,119.87 | 0.00 | 0.00 | 0.00 |
| CATERPILLAR FINANCIAL | Sec | 0.00 | 49,428.23 | 0.00 | 0.00 | 0.00 |
| CATERPILLAR FINANCIAL | Sec | 0.00 | 9,221.69 | 0.00 | 0.00 | 0.00 |
| CITI MORTGAGE | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Sec | 0.00 | 9,260.26 | 0.00 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Sec | 0.00 | 17,691.00 | 0.00 | 0.00 | 0.00 |
| JOHN DERRE CREDIT | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| JOHN DEERE CREDIT | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| WAUCONDA COMMUNITY BANK | Sec | 7,846.46 | 27,977.37 | 7,846.46 | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF LABOR | Pri | 7,360.60 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 51,834.03 | 372.24 | 372.24 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 58,659.76 | 58,659.76 | 0.00 | 0.00 |
| MCHENRY COUNTY TREASURER | Pri | 2,892.90 | NA | NA | 0.00 | 0.00 |
| ADVANTA BANK CORP | Uns | 25,166.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GREEN INC | Uns | 93,170.00 | 93,156.34 | 93,156.34 | 0.00 | 0.00 |
| CATERPILLAR ACCESS ACCOUNT | Uns | 1,647.83 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT | Uns | 15,305.07 | 15,424.19 | 15,424.19 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 4,470.63 | 4,470.63 | 4,470.63 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Uns | 3,442.62 | 3,442.62 | 3,442.62 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Uns | 9,509.55 | 17,405.33 | 17,405.33 | 0.00 | 0.00 |
| FORD MOTOR CREDIT CORP | Uns | 17,302.73 | 8,137.34 | 8,137.34 | 0.00 | 0.00 |
| HOMEPAGES | Uns | 1,129.71 | NA | NA | 0.00 | 0.00 |
| HOMEPAGES DIRECTORIES | Uns | 7,116.00 | NA | NA | 0.00 | 0.00 |
| STERLING KAY JEWELERS DBA | Uns | 10,474.27 | 10,196.80 | 10,196.80 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 1,817.12 | 1,944.01 | 1,944.01 | 0.00 | 0.00 |
| WELLS FARGO BANK NA | Uns | 1,689.21 | 2,560.15 | 2,560.15 | 0.00 | 0.00 |
| YELLOW BOOK | Uns | 697.81 | NA | NA | 0.00 | 0.00 |
| YELLOW BOOK SALES & DIS CO | Uns | 2,090.70 | NA | NA | 0.00 | 0.00 |
| TERRAIN GROUP, INC. | Sec | 0.00 | NA | NA | 0.00 | 0.00 |
| COMMERCE BANK NA | Uns | 0.00 | 3,674.36 | 3,674.36 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 0.00 | 290.82 | 290.82 | 0.00 | 0.00 |
| FORD MOTOR CREDIT COMPANY | Uns | 0.00 | 9,537.59 | 9,537.59 | 0.00 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 580.58 | 580.58 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 26,875.14 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 26,875.14 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 372.24 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 372.24 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 229,480.52 | $ 0.00 | $ 0.00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ 4,935.13 | |
| Disbursements to Creditors | $ 0.00 | |
| **TOTAL DISBURSEMENTS:** | | $ 4,935.13 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date:  12/15/2009             By:  /s/ Lydia S. Meyer
                                   Trustee

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.